## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3107 |
| vs. | |
| | ORDER |
| DYLAN ROBERTS, | |
| Defendant. | |

IT IS ORDERED:

1.    The Request for Transcript (filing 48) is granted.

2.    The Clerk's Office shall provide a copy of this order to the party requesting the transcripts.

3.    The requestor shall be responsible for the cost of the transcripts.

4.    The requestor is directed to contact the court reporter to arrange for payment.[1]

Dated this 6th day of January, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

---

[1] The Court reporter, Lisa Grimminger, may be reached at (402) 437-1908 or lggrmrcrr@gmail.com.